UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CARLO JOSEPH DeSALVO<br>LA. DOC #117002<br>VS. | CIVIL ACTION NO. 5:12-cv-2758<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 25 day of February, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE